NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARVEST INSTITUTE FREEDMAN FEDERATION, WILLIAM WARRIOR AND BLACK INDIANS UNITED LEGAL DEFENSE FUND,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5104

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-907, Senior Judge Robert H. Hodges, Jr.

---

Before PROST, MAYER, and GAJARSA, *Circuit Judges.*

GAJARSA, *Circuit Judge.*

## ORDER

The appellants petition for panel rehearing and rehearing en banc concerning the court's May 27, 2011 order summarily affirming the United States Court of Federal Claims' order denying the appellants' motion for reconsideration.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied. The petition for rehearing en banc will be circulated to the court.

FOR THE COURT

**OCT 2 6 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Percy Squire, Esq.
Elizabeth Ann Peterson Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 6 2011**

**JAN HORBALY**
**CLERK**